UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE WOODFORD,<br><br>    Respondent. | 1:05-cv-01635-OWW-TAG HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (Doc. 21) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On September 13, 2006, the court issued a Report and Recommendation to dismiss the instant petition. (Doc. 20). In that Report and Recommendation, the Court gave the parties 30 days within which to object to the court's Report and Recommendation. On October 20, 2006, petitioner requested an extension of time within which to file his objections. (Doc. 21). As grounds therefor, petitioner indicates that his access to the prison law library has been limited. (Id. at pp. 3-6).

**ORDER**

GOOD CAUSE having been shown, the Court HEREBY ORDERS that Petitioner's motion for an extension of time (Doc. 21), is GRANTED. Petitioner has twenty (20) days from the date of service of this order within which to file his objections to the Magistrate Judge's Report and Recommendation of September 13, 2006.

IT IS SO ORDERED.

Dated:  **November 7, 2006**                    /s/ Theresa A. Goldner
**j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE