UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN, ) | 1:05-cv-01635-OWW-TAG HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| ) | |
| v. ) | (Doc. 6) |
| ) | |
| JEANNE WOODFORD, ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| ) | |
| Respondent. ) | (Doc. 1) |
| _____ ) | |
| | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On September 13, 2006, the Court issued a Report and Recommendation to dismiss the instant petition. (Doc. 20). In that Report and Recommendation, the Court gave the parties thirty days within which to object to the Court's Recommendation. On October 20, 2006, Petitioner requested an extension of time within which to file his objections. (Doc. 21). On October 20, 2006, the Court granted Petitioner an additional thirty days in which to file objections, or until December 1, 2006. On November 15, 2006, and again on November 27, 2006, Petitioner filed objections. (Docs. 23 & 24).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the

record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Report and Recommendation issued September 13, 2006 (Doc. 20), is ADOPTED IN FULL;

    2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    December 14, 2006**           /s/ Oliver W. Wanger
emm0d6                                                    UNITED STATES DISTRICT JUDGE